UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re:  
    RICHARD L RIVERA QUINONES  
    PO BOX 195575  
    SAN JUAN, PR 00919-0091

Chapter 13  
Case No. 07-02538-SEK  
Judge: SARA DE JESUS  
SSN #1 XXX-XX-2749

TRUSTEE'S FINAL REPORT AND ACCOUNT

Case Filed on:  
May 10, 2007

Plan Confirmed on:

Case Closed on:  
July, 30, 2008

THE SUBJECT CASE HAS BEEN CONVERTED BEFORE CONF
    Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

| CREDITOR NAME<br>COMMENTS | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---|---|---|---|
| ASUME<br>SEE #06-2 | CHILD SUPPORT/ALIM | $38,936.30 | $0.00 | $0.00 | $0.00 |
| ASUME<br>SEE #05-2 | CHILD SUPPORT/ALIM | $1,310.22 | $0.00 | $0.00 | $0.00 |
| ASUME | CHILD SUPPORT/ALIM | $282.22 | $0.00 | $0.00 | $0.00 |
| ASUME | CHILD SUPPORT/ALIM | $17,983.21 | $0.00 | $0.00 | $0.00 |
| BANCO POPULAR DE PR | PAID DIRECT | $63,000.00 | $0.00 | $0.00 | $0.00 |
| BANCO POPULAR DE PR | MORTGAGE UNSECURED | $223,420.32 | $0.00 | $0.00 | $0.00 |
| BANCO POPULAR DE PR | UNSECURED | $25,671.70 | $0.00 | $0.00 | $0.00 |
| BECKET & LEE LLP | UNSECURED | $2,603.30 | $0.00 | $0.00 | $0.00 |
| CITI FINANCIAL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK NA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CLERK OF THE COURT | ADMINISTRATIVE/FEE | $25.00 | $0.00 | $0.00 | $0.00 |
| EUROBANK | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| EUROBANK | UNSECURED | $83,410.36 | $0.00 | $0.00 | $0.00 |
| EUROBANK | UNSECURED | $1,666.22 | $0.00 | $0.00 | $0.00 |
| FIRST BANK PUERTO RICO | UNSECURED | $11,152.64 | $0.00 | $0.00 | $0.00 |

RICHARD L RIVERA QUINONES        CASE NO.07-02538-SEK

| CREDITOR NAME<br>COMMENTS | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---:|---:|---:|---:|
| FIRST NATIONAL BANK | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| GRETCHEN DE JESUS RUIZ | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| IRS<br>SEE #04-2 | PRIORITY | $57,118.37 | $0.00 | $0.00 | $0.00 |
| IRS | PRIORITY | $58,800.76 | $0.00 | $0.00 | $0.00 |
| IRS<br>SEE #04-2 | UNSECURED | $2,109.21 | $0.00 | $0.00 | $0.00 |
| IRS<br>SEE #04-2 | UNSECURED | $16,002.90 | $0.00 | $0.00 | $0.00 |
| IRS | UNSECURED | $16,002.90 | $0.00 | $0.00 | $0.00 |
| IRS | UNSECURED | $426.82 | $0.00 | $0.00 | $0.00 |
| MARIA MONSERRAT VAZQUEZ CRU | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MBNA AMERICA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PREPA | UNSECURED | $300.99 | $0.00 | $0.00 | $0.00 |
| PRO SE* | PRIOR ATTORNEY | $0.00 | $0.00 | $0.00 | $0.00 |
| RG MORTGAGE CORP | PAID DIRECT | $260,438.35 | $0.00 | $0.00 | $0.00 |
| RG MORTGAGE CORP<br>SEE #12-2 | WRONG ENTRY | $109,203.69 | $0.00 | $0.00 | $0.00 |
| RICHARD L RIVERA QUINONES | DEBTOR REFUND | $0.00 | $0.00 | $0.00 | $0.00 |
| RICHARD L RIVERA QUINONES | DEBTOR REFUND | $1,537.00 | $1,562.00 | $0.00 | $0.00 |
| RODOLFO R HNDZ RAMOS* | PRIOR ATTORNEY | $2,200.00 | $0.00 | $0.00 | $2,200.00 |
| ROUNDUP FUNDING LLG | UNSECURED | $14,801.49 | $0.00 | $0.00 | $0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | TOTAL |
|---|---:|---:|---:|---:|
| Amount Allowed | $323,438.35 | $174,456.08 | $506,772.54 | $1,004,666.97 |
| Principal Paid | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 |

Total Paid to Creditors(Principal and Interest) :            $0.00

Debtor Refunds :                                          $1,562.00

ATTORNEY FEES

Attorney for the case : LUIS A MEDINA TORRES*
Total Fees Allowed :                                                                    $0.00
Total Paid Outside the plan :                                                           $0.00
Total Paid in the Plan :                                                                $0.00

COSTS OF ADMINISTRATION

Trustee was paid :                                                                    $100.00
The Clerk of the Court was paid :                                                       $0.00


Plan Base :                                                                      $120,760.00
Debtor Refund :                                                                    $1,562.00
Adjusted Total Paid In :                                                             $100.00

Total Receipts:                                                                    $1,662.00
Total Disbursements:                                                               $1,662.00

    I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

    WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

    NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED: September 16, 2008                                     /s/ José R. Carrión
                                                                           JOSE R. CARRION, TRUSTEE

07-02538-SEK                   CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| LUIS A MEDINA TORRES*<br>BOX 191191<br>SAN JUAN, PR 00919-9119 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | RICHARD L RIVERA QUINONES<br>PO BOX 195575<br>SAN JUAN, PR 00919 |
| ASUME<br>PO BOX 71442<br>SAN JUAN, PR 00936-8542 | ASUME<br>PO BOX 71316<br>SAN JUAN, PR 00936-8419 |
| BANCO POPULAR DE PR<br>MIGDALIA EFFIE GUASP,ESQ<br>SPECIAL LOANS DEPARTMENT<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355 |
| CITI FINANCIAL<br>PO BOX 183065<br>SAN JUAN, PR 00936 | CITIBANK NA<br>PO BOX 70163<br>SAN JUAN, PR 00936-0163 |
| CLERK OF THE COURT<br>C/O CASE CONVERTED<br>, PR 00000 | EUROBANK<br>PO BOX 191009<br>SAN JUAN, PR 00919-1009 |
| FIRST BANK PUERTO RICO<br>PRESTAMOS PERSONALES<br>PO BOX 9146<br>SANTURCE, PR 00908-0146 | FIRST NATIONAL BANK<br>PO BOX 2951<br>OMAHA, NE 68103-0773 |
| GRETCHEN DE JESUS RUIZ<br>URB PARKSIDE<br>B 4 CALLE 4<br>GUAYNABO, PR 00968 | IRS<br>PO BOX 21125<br>PHILADELPHIA, PA 19114 |
| MARIA MONSERRAT VAZQUEZ CRUZ<br>CIUDAD JARDIN BAIROA<br>A 114 CALLE VILLANOVA<br>CAGUAS, PR 00725 | MBNA AMERICA<br>PO BOX 15137<br>WILMINGTON, DE 19886-5137 |
| PREPA<br>C/O MARIA T GORBEA<br>PO BOX 364267<br>SAN JUAN, PR 00936-4267 | RG MORTGAGE CORP<br>C/O WALLACE VAZQUEZ SANABRIA<br>17 MEXICO ST SUITE D-1<br>SAN JUAN, PR 00917-2202 |

ROUNDUP FUNDING LLG  
MS 550  
PO BOX 91121  
SEATTLE, WA  98111-9221

DATED:   September 16, 2008                                OLGA SOSA
                                                           OFFICE OF THE CHAPTER 13 TRUSTEE