IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: | CASE NO. 07-02538-SEK

**RIVERA QUINONES, RICHARD L**

CHAPTER 7

Debtor(s)

TO: CLERK, UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

CHAPTER 7 - 341 MEETING MINUTES

TAPE NUMBER: _____ METER READING: FROM _____ TO _____

1. DEBTOR:
   - ☒ PRESENT
   - ☐ NOT PRESENT
   - ☐ SPOUSE NOT PRESENT

2. DEBTOR EXAMINED UNDER OATH:
   - ☐ YES
   - ☒ NO

3. DEBTOR'S ATTORNEY :
   - ☒ PRESENT
   - ☐ NOT PRESENT

4. CREDITORS:
   - ☒ PRESENT  FIRST BANK
   - ☐ NOT PRESENT

5. TRUSTEE:
   - ☒ INTERIM TRUSTEE CONTINUED
   - ☐ TRUSTEE ELECTED BY CREDITORS
     NAME OF TRUSTEE: _____

6. TRUSTEE ELECTION DISPUTED: ☐ YES ☒ NO

   IF AN ELECTION IS DISPUTED, THE UNITED STATES TRUSTEE SHALL PROMPTLY INFORM THE COURT IIN WRITING THAT A DISPUTE EXISTS PENDING DISPOSITION BY THE COURT OF DISPUTED ELECTION FOR TRUSTEE, THE INTERIM TRUSTEE SHALL CONTINUE IN OFFICE.

7. IF TRUSTEE ELECTION IS DISPUTED, WERE PARTIES TO THE DISPUTE ADVISED BY THE UNITED STATES TRUSTEE OF THE TIME LIMITATION FOR APPLICATION TO THE COURT? ☐ YES ☒ NO

8. CREDITORS COMMITTEE ELECTED PURSUANT TO 11 U.S.C. SECTION 75(a)
   ☐ YES ☒ NO

   SEE ATTACHED LIST OF MEMBERSHIP.

9. CORPORATE OR PARTNERSHIP RESOLUTION:
   ☐ HAS BEEN FILED
   ☒ HAS NOT BEEN FILED

10. LIST OF CREDITORS
    ☒ HAS BEEN FILED
    ☐ HAS NOT BEEN FILED

11. SCHEDULES OF ASSETS AND LIABILITIES:
    ☒ HAS BEEN FILED
    ☐ HAS NOT BEEN FILED

12. SCHEDULES OF CURRENT INCOME AND EXPENDITURES:
    ☒ HAS BEEN FILED
    ☐ HAS NOT BEEN FILED

13. STATEMENT OF FINANCIAL AFFAIRS:
    ☒ HAS BEEN FILED
    ☐ HAS NOT BEEN FILED

14. STATEMENT OF EXECUTORY CONTRACTS:
    ☒ HAS BEEN FILED
    ☐ HAS NOT BEEN FILED

15. STATEMENT OF INTENTION:
    ☒ HAS BEEN FILED
    ☐ HAS NOT BEEN FILED

16. DEBTOR'S ATTORNEY STATEMENT OF COMPENSATION PAID OR AGREED TO BE PAID:
    ☒ HAS BEEN FILED
    ☐ HAS NOT BEEN FILED

17. INTERIM TRUSTEE'S COMPLETE INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:
    ☐ HAS BEEN FILED
    ☒ HAS NOT BEEN FILED

18. MEETING:
    ☒ CLOSED
    ☐ CONTINUED
    DATE:                    TIME:

19. COMMENTS:

/s/ Wilfredo Segarra-Miranda
**WILFREDO SEGARRA-MIRANDA, ESQ.**          **DATE: October 2, 2008**
TRUSTEE OR PRESIDING OFFICER

42