THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

RICHARD L RIVERA QUINONES

XXX-XX-2749

Debtor(s)

CASE NO. 07-02538 SEK

Chapter 7

FILED & ENTERED ON 12/23/2008

**ORDER**

The application filed by Wilfredo Segarra on behalf of Zunilda Cabrera Jimenez and Pedro Betancourt Diaz, (Docket Entry 84) is approved. Fees and expenses remain subject to notice hearing and Court approval.

San Juan, Puerto Rico, this 23 day of December, 2008.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge