# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 07-02538 (SEK) |
|---|---|
| RICHARD L. RIVERA QUINONES | CHAPTER 7 |
| Debtor(s) | |

## STATUS REPORT

**TO THE HONORABLE COURT**:

COMES NOW, Wilfredo Segarra Miranda, Trustee in the above proceedings and respectfully states and prays:

1. Hearing on Status Conference has been scheduled for 6/29/2010 at 9:00 a.m. (Doc #90).

2. The Trustee now informs the Court that the Status of this case is pursuing the sale of one real property at Urb. Ciudad Jardin, Caguas, P.R. and at this time no firm offer has been received that will make possible the sale of this real property.

3. If no significant offer is received within ninety (60) days, the Trustee will proceed with the abandonment of said real property and filing of his Trustee's Report of No Distribution.

WHEREFORE, it is respectfully prayed this Honorable Court accepts this motion.

**I HEREBY CERTIFY:** That the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing in said system including the U.S. Trustee Office and sent by mail to Debtor and Debtor's attorney.

**DATED** : June 28, 2010

/s/ Wilfredo Segarra Miranda
**Wilfredo Segarra Miranda, Trustee**
**PO Box 9023385**
**San Juan, P.R. 00902-3385**
**Tel. (787)725-6160 Fax (787) 977-2288**