# Proceeding Minutes / Proceeding Memo

*Case #:* 07-02538   *Case Name:* RICHARD L RIVERA QUINONES
*Set:* 06/29/2010 09:00 am   *Chapter:* 7   *Type:* bk   *Judge* SARA E. DE JESUS KELLOGG
*matter* STATUS CONFERENCE

Minutes of Hearing held on June 29, 2010 before Honorable Judge Michael Deasy. (related document(s): (MM)
Appearances:
Wilfredo Segarra Miranda Chapter 7 Trustee

Trustee is pursuing the sale of a property and requested (60 days) if no offer is received the trustee will procceed with the abandonment of said property. Status report filed on 6/25/2010 (#92).