# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| RICHARD L RIVERA QUINONES | CASE NO. 07-02538 SEK |
| | Chapter 7 |
| Debtor(s) | INDEX |
| TRM LLC C/0 OPERATING PARTNERS CO INC. | |
| Movant | |
| RICHARD L RIVERA QUINONES | FILED & ENTERED ON 08/10/2010 |
| WILFREDO SEGARRA MIRANDA ,TRUSTEE | |
| Respondent(s) | |

## ORDER

Upon respondent's failure to file a timely reply opposing TRM LLC C/0 OPERATING PARTNERS CO INC.'S Motion for Relief from Stay as required by

F.R.B.P. 4001, and Local Bankruptcy Rule 4001-1; it is now;

ORDERED, the motion for relief from stay be and is hereby granted by default provided the Debtor(s) is/are not covered by the Servicemember Civil Relief Act of 2003, Pub. L. No. 108-189, 177 Stat. 2835 (2003).

San Juan, Puerto Rico, this August 10, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: DEBTOR (S)
   LUIS A. MEDINA TORRES
   WILFREDO SEGARRA MIRANDA
   TRM LLC C/0 OPERATING PARTNERS CO INC.