IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

RICHARD RIVERA QUINONES

CASE NO. 07-02538-SEK7    SEK

Chapter 7

Debtor

TRM, LLC

Movant

## MINUTES OF HEARING ON MOTION TO LIFT STAY

PARTIES PRESENT: ☐ Movant ☐ Respondent's attorney ☐ Trustee ☐ Debtor(s) ☐ Creditor:

NOTES AND REMARKS: * (Order will be entered electronically by CAOS)

☐ Upon respondent(s)' failure to oppose and to appear at the hearing scheduled for this date, the instant motion is granted and the stay is hereby **lifted by default in favor of movant.** *

☐ **The Motion for reasons stated in open Court was:** ☐ Granted * ☐ Denied*

☐ **Stay was modified** for reasons stated in open court. (Separate order will be entered.)

☐ **Parties agreed to** _____ in _____ days or stay is lifted.*

☐ Motion to Lift Stay was settled by the parties. Hearing becomes moot.

☐ **Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.** *

☐ Movant's request to issue new summons is granted. Clerk to issue new summons.

☐ New preliminary hearing is set for : _____ at _____ M.

☐ Movant's application to withdraw the motion to lift stay is granted._____

☐ Notice period has not elapsed, if not timely response is filed, the motion is granted and the stay is hereby lifted by default in favor of movant. If a timely reply is filed, a final hearings is scheduled for: (See Below)

☐ A Final Hearing will be scheduled for:_____ at _____ M.

☐ Clerk to give notice of hearing. ☐ 30-day determination period waived._____

☐ Clerk to follow up and return to chambers within _____ days for court to: *(Refer to additional comments)*
☑ Additional Comments:

Stay lifted. (#100) Hearing moot.

Date: 8-12-2010

BY: MARIBEL MONTALVO