IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. 07-02538 SEK |
|---|---|
| RICHARD L RIVERA QUINONES | Chapter 7 |
| XXX-XX-2749 | |
| Debtor(s) | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

A hearing will be held at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, Second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico on **01/27/2011 at 09:00 A.M.** to act upon the following matters:

**STATUS CONFERENCE.**

San Juan, Puerto Rico, this December 03, 2010.

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY: **Eduardo Bujosa**
    **Deputy Clerk**

cc: All creditors